IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHAWN ALEXANDER,   CASE NO. 2:08-cv-0416
                   JUDGE GRAHAM
  Petitioner,      MAGISTRATE JUDGE ABEL

v.

MICHAEL SHEETS, Warden,

  Respondent.

## OPINION AND ORDER

On October 26, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

  **IT IS SO ORDERED**.

Date: December 22, 2009         s/James L. Graham
                                James L. Graham
                                United States District Judge